FILED - GR
August 29, 2012 2:31 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _akd_/_____ SCANNED BY JA/8/29

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

| UNITED STATES OF AMERICA, | No. | **1:12-cr-219** |
| --- | --- | --- |
| Plaintiff, | | **Paul L Maloney** |
| | | **Chief U.S. District Judge** |
| vs. | Hon. | |
| | United States District Judge | |
| JOSEPH J. OSTROWSKI, | | |
| Defendant. | | |
| _____ / | **INDICTMENT** | |

The Grand Jury charges:

(CYBER-STALKING)

Beginning not later than March 2010 and continuing until at least December 24, 2011, in East Lansing, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

JOSEPH J. OSTROWSKI,

did, while in the Commonwealth of Pennsylvania, and with intent to harass and cause substantial emotional distress to other persons, use interactive computer services and facilities of interstate commerce to engage in a course of conduct that caused substantial emotional distress to persons, known to the Grand Jury, who were then in the State of Michigan. Specifically, having accessed the "Facebook" accounts of other persons without authority, taken them over, and blocked the true account holders from regaining access to those accounts, Defendant used those accounts to contact persons in East Lansing and, posing as the true account holders, persuaded and tricked persons in East Lansing into engaging in sexually explicit acts over their "Skype" accounts,

which Defendant recorded without their knowledge. Thereafter, Defendant used the compromised Facebook accounts to send images of the acts to other Facebook accounts, and to inform the victims that he had done so.

18 U.S.C. § 2261A(2)(A)
18 U.S.C. § 2261(b)(5)

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
HAGEN WALTER FRANK
Assistant United States Attorney